IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| USER ACCOUNT<br>ATKINSONBRITT@HOTMAIL.COM<br>ACCOUNT MAINTAINED BY<br>MICROSOFT, INC | 1:19-mc-51825<br>Judge: Ludington, Thomas L.<br>Filed: 12-17-2019 |

## MOTION TO SEAL

The United States of America by Matthew Schneider, United States Attorney for the Eastern District of Michigan, and Janet L. Parker, Assistant United States Attorney, moves this court to seal the Search Warrant, Search Warrant Application and this Motion to Seal in the above entitled case to allow the investigation to continue; and that such sealing remain in force and operation until further order of this court.

Respectfully submitted,

Matthew Schneider
United States Attorney

Dated:  December 17, 2019

s/Janet L. Parker
Assistant United States Attorney

IT IS SO ORDERED.

Dated:  December 17, 2019

PATRICIA T. MORRIS
United States Magistrate Judge