UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In Re:  Sealed Matter | Misc. No. 19-mc-51825 |
| ATKINSONBRITT@HOTMAIL.COM<br>ACCOUNT MAINTAINED BY<br>MICROSOFT, INC | Magistrate Judge Patricia T. Morris |

**MOTION AND ORDER TO UNSEAL SEARCH WARRANT AND AFFIDAVIT**

THE UNITED STATES OF AMERICA respectfully requests that the search warrant and affidavit in this case be unsealed for the following reasons:

1. That the United States is no longer apprehensive that one or more persons may flee the jurisdiction or that evidence may be destroyed if they become aware of the substance of the search warrant and affidavit.

2. That the United States is no longer apprehensive that there is danger of harm to potential government witnesses if any persons become aware of the substance of the search warrant and affidavit.

Respectfully submitted,

MATTHEW SCHNEIDER
United States Attorney

s/Janet L. Parker
Janet L. Parker P34931
Assistant United States Attorney
101 First Street, Suite 200
Bay City, MI  48708
Janet.parker@usdoj.gov
(989) 895-5712

IT IS SO ORDERED.

Date: February 24, 2020

S/ PATRICIA T. MORRIS
Patricia T. Morris
United States Magistrate Judge